ELLIN DAVTYAN (238608)
General Counsel
KIRSTEN R. GALLER (227171)
Deputy General Counsel
JENNIFER KO (324623)
Assistant General Counsel
OFFICE OF GENERAL COUNSEL
THE STATE BAR OF CALIFORNIA
845 S. Figueroa Street
Los Angeles, CA 90017
Tel: (213) 765-1269; Fax: (415) 538-2321
Email: jennifer.ko@calbar.ca.gov

HELENE A. SIMVOULAKIS-PANOS (256334)
Assistant General Counsel
OFFICE OF GENERAL COUNSEL
THE STATE BAR OF CALIFORNIA
180 Howard Street
San Francisco, CA 94105-1639
Tel: (415) 538-2388; Fax: (415) 538-2321
Email: helene.simvoulakis-panos@calbar.ca.gov

Attorneys for Defendants
Brandon Stallings; Alex H. Chan; Amy C. Nunez

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIANO DIVIACCHI,<br><br>Plaintiff,<br><br>vs.<br><br>BRANDON STALLINGS, *et al.*<br><br>Defendants | Case No.: 3:24-cv-07827-EMC<br><br>[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATED REQUEST FOR ORDER VACATING JUDGMENT BASED UPON REVISED STATE BAR RULE 4.41 (DKT. 45)<br><br>*[Joint Stipulated Request and Declaration of Helene A. Simvoulakis-Panos Filed Concurrently Herewith]* |

1 | Pursuant to the Parties' Joint Stipulated Request for Order Vacating Judgment Based Upon Revised State Bar Rule 4.41 (Dkt. 45),

**IT IS SO ORDERED.**

Dated: **June 23, 2025**

_____
UNITED STATES DISTRICT JUDGE

[Proposed] Order Granting Joint Stipulated Request for Order Vacating Judgment (Dkt. 45), Case No. 3:24-cv-07827-EMC